January 7, 2025

Honorable Judge David Novak,

I am writing to respectfully and humbly request your consideration for a compassionate lenient sentence for my son, Ronzel Dixie. I raised Ronzel as a single parent in a Christian home. We were all active in our church and our community. I encouraged and facilitated Ronzel and his brother to participate in sports. He excelled in sports and in school. Ronzel has a kind and caring heart along with a helpful spirit. He would assist me in the Sunday school class with an Autistic student and he often cared for his younger sister who was born prematurely with some medical issues. He was true help to me in 2017 when I had broken my ankle and needed his assistance with walking my rescue dog and household chores. He would also make sure his sister got onto the bus for school in the mornings along with also retrieving her from the bus in the afternoon. He was a constant companion for my mother when my dad died from cancer. Ronzel now has a daughter, age 6 ½, that I help raise while he is incarcerated. Ronzel has tried to be the best father that he can be from behind bars. He has taken and completed parenting classes while he was at the Newport News jail. Prior to the COVID pandemic her mother and I would take her to visitations so that she could get to know her father. We have scheduled video visits so that she can see him now that in person visits are not allowed. I know how hard it's been for him not having his father actively involved with him during his formative years. Ronzel's father was often incarcerated along with the fact that he lives in our home state of Kentucky. He had only seen his father a handful of times growing up. I sent Ronzel to live with his father when he was 17 ½ years old to hopefully get him away from the negative influences in Newport News. He returned to Virginia at my mother's urging when my father passed away. A part of Ronzel changed when my mother passed away in 2015 and I know he is trying to get back to his true character.

As a mother who has lost a child and now possibly losing my second child to the penal system, I am begging/pleading for any form of leniency you can offer to Ronzel. My oldest son, Ryan, passed away unexpectedly in November 2019 and I only have my daughter and granddaughter for immediate support when I experience any medical issues. Ronzel has so many opportunities upon his release to be a productive citizen. My remaining family members have agreed and promised to give him employment and teach him trade skills in masonry and construction in Florida. He will then be able to financially provide for his daughter and he can truly be engaged and support his daughter financially and physically. I have more years behind me than I have in front of me, and I am prayerfully pleading that I can one day be able to hug my son again. I've included a picture of my children, it's the last picture I have of all of them together. I've also included the last picture I have of Ronzel with his daughter. What I have learned since the passing of my son Ryan, there is NEVER enough pictures of your loved ones. I'm left with only my memories.

Ronzel is a very smart and creative young man. He received his GED at age 16 without studying for the exam. I often tried to find productive outlets for him to use his intelligence and encouraged his creativity.

If given an opportunity I believe he will full heartedly be the best hands-on dad, capable employee and a productive citizen in society. I prayerfully believe that Ronzel will be able to come home, work and support his daughter and reconnect with his sister after I'm gone. I try not to think of my passing, but reality is we will inevitably pass away. Thank you for taking the time to read my motherly plea for my son's life.

Thank you in advance for your consideration,

*Rhonda Dixie*

Rhonda Dixie





