Dear Honorable Judge Novak, I am writing to you on the behalf of my brother Ronzel Dixie. I hope that this letter reaches you in good spirits. Ronzel has always been such a caring and nurturing brother to me. He always lended a helping hand to my mother in raising me, He always made sure I got to the bus stop safely and make sure to walk me home after i got off the bus from school. I've always looked up to Ronzel.  I hope to see my brother outside of the gates.. he has missed some milestones and some achievements of mine. I have now since graduated from high-school and now navigating through adulthood. I ask for you to give him some leniency when sentencing Ronzel. Thank you so much for your time in reading this letter! Sincerely, Rianna Dixie